IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TASHAUNA SIMPSON,

      Petitioner,

v.                                   Case No. 5D17-2007

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed October 6, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Tashauna Simpson, Ocala, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 22, 2016, judgments and sentences in Case Nos. 2015-CF-003187-A-O, 2015-CF-004451-A-O, in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, EVANDER and EDWARDS, JJ., concur.